UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CODY MCCANN, COLLEGE OF OUR )<br>LADY OF THE ELMS, TERESA )<br>WINTERS, ANDREW COSTON, and )<br>PABLO MADERA, )<br>)<br>      Defendants. | CIVIL ACTION NO. 3:24-CV-30129 |

**JOINT STATUS REPORT**

On February 23, 2025, the Court entered an electronic order for Plaintiffs and Defendants College of Our Lady of the Elms, Teresa Winters, Andrew Coston, and Pablo Madera (collectively, the "Defendants" and together with Plaintiffs, the "Parties") to file a joint status report by March 2, 2026 (the "Order"). Pursuant to that Order, the Parties jointly and respectfully report as follows:

1. The Parties have been actively engaging in good faith settlement discussions to compromise this matter.

2. The Parties further believe that decision on settlement of this matter is likely to occur within sixty (60) days.

| | |
|---|---|
| JANE DOE,<br>By Her Attorneys, | COLLEGE OF OUR LADY OF THE ELMS,<br>TERESA WINTERS, ANDREW COSTON, and<br>PABLO MADERA,<br>By Their Attorneys, |
| */s/ Ryan P. McLane (CAV)*<br>Ryan P. McLane (BBO#697464)<br>McLane & McLane, LLC<br>269 South Westfield Street<br>Feeding Hills, MA 01030<br>Telephone: 413-789-7771<br>E-mail: ryan@mclanelaw.com | */s/ Chelsie A. Vokes*<br>Chelsie A. Vokes (BBO #699010)<br>BOWDITCH & DEWEY, LLP<br>446 Main Street, Suite 1101<br>Worcester, MA 01608<br>Telephone:  508-926-3394<br>Facsimile:  508-929-3031<br>E-mail: cvokes@bowditch.com |

Dated:  February 26, 2026

<u>CERTIFICATE OF SERVICE</u>

I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 26, 2026.

*/s/ Chelsie A. Vokes*
Chelsie A. Vokes